## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 06-cv-00303-REB-MEH

BETH SCHNEIDER, individually and as next friend and parent of LISA SCHNEIDER,

    Plaintiffs,

v.

BENESIGHT, a Fiser V Health Company,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before is the **Stipulated Motion to Dismiss** [#23], filed August 31, 2006. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion to Dismiss** [#23], filed August 31, 2006, is **GRANTED**;

    2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

    3. That the Trial Preparation Conference set for October 12, 2007, is **VACATED**; and

4.  That the trial to court set to commence November 5, 2007, is **VACATED**.

Dated August 31, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**